UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES for ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPT OF ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Civ. Act. No. 08-1330 (CKK)<br><br>ECF |

## STIPULATION OF SETTLEMENT, RELEASE AND ORDER OF DISMISSAL

This Stipulation of Settlement, Release and Order of Dismissal (Stipulation) is entered into between Plaintiff, Public Employees for Environmental Responsibility (PEER), and Defendant, the U.S. Dept. Of Army Corps of Engineers (USACE). The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

### RECITALS

1. Whereas, Plaintiff filed this suit in the United States District Court for the District of Columbia pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking release of certain information by USACE.

2. Whereas, USACE has produced to PEER responsive documents in connection with its FOIA request as well as a Vaughn index;

3. Whereas, PEER has informed USACE that it will not challenge any of USACE's withholdings;

4. Whereas, this Stipulation constitutes a full and final resolution of all claims and allegations arising from the above-captioned civil action.

## STIPULATION

1. PEER hereby dismisses with prejudice any and all claims PEER now has or could have acquired against USACE or the United States of America ("United States"), or any department, agency, officer or employee of USACE and/or the United States related to or arising out of PEER's FOIA request at issue in this action.

2. Defendant agrees to pay PEER a lump sum of Eleven Thousand Dollars ($11,000.00), which sum shall be in complete and full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature for attorney's fees and costs incurred in connection with the above-captioned civil action. Defendant agrees that upon notification of the Court's execution of this Dismissal Order and Stipulation of Settlement it will complete the documentation necessary to effectuate payment of $11,000.00 to PEER.

3. PEER releases USACE and the United States of America ("United States"), and/or any department, agency, officer or employee of USACE and/or the United States from any and all claims, past or present that PEER has alleged or could have alleged against USACE or the United States, arising out of PEER's FOIA request at issue in this action.

4. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

6. The Parties agree that this Stipulation of Settlement will not be used as evidence or

otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

7. This Stipulation of Settlement shall become effective only upon execution by all of the parties, however, this Stipulation of Settlement may be executed by the parties in several counterparts and shall constitute one Stipulation. The parties further agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

8. The Court shall retain jurisdiction over any issues that may arise relating to this Stipulation and Order.

Respectfully submitted,

/s/ Paula Dinerstein
PAULA DINERSTEIN, Esq.
D.C. Bar #333971
2000 P Street, N.W.,
Suite 240
Washington, DC 20036
(202) 265-7337

Counsel for Plaintiff

/s/ Channing D. Phillips
CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant

This matter is hereby dismissed with prejudice.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR            :
ENVIRONMENTAL RESPONSIBILITY    :
                                :
        v.                      :     Civil Action 08cv1330 (CKK)
                                :
U.S. DEPT. OF ARMY CORP OF ENGINEERS :
_____:

## STIPULATION OF SETTLEMENT, RELEASE AND ORDER OF DISMISSAL
(continued)

SO ORDERED, this _17_ day of September, 2009.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge